# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17CR2379-H |
|---|---|
| Plaintiff, | Booking No. 57187-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| ITAI ENRIQUEZ-RODRIGUEZ (1), | |
| Defendant. | |

Based upon the oral motion of the United States, the Court grants the Government's oral motion to dismiss without prejudice the Indictment in the above entitled case against defendant Itai Enriquez-Rodriguez. The defendant is hereby discharged as to this case only.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: June 11, 2018

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] The Government moves to dismiss without prejudice the bail jumping charge, 18 U.S.C. § 3146(a)(1), in this case since the conduct of the bail jumping charge is subsumed in the sentencing guidelines calculated by the Court in the related case United States v. Enriquez-Rodriguez, S.D. Cal. Case No. 17-cr-0059-H.

-1-